**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   15-cv-00710-LTB-MJW

THOMAS HOOTEN, and JENNIFER HOOTEN, Husband and Wife, and
CYCLONE ENTERPRISES, INC.,

       Plaintiffs,

vs.

NAOMI WOOD,
SEAN WOOD,
NAOMI I. WOOD TRUST, and
JOHN JOHNSON,

       Defendants,

vs.

EMPLOYERS MUTUAL CASUALTY CO., and
CYCLONE ENTERPRISES, INC., d/b/a KILTHAU TRANSPORTS,

       Intervenor Plaintiffs.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


      Employers Mutual Casualty Company and Cyclone Enterprises, Inc.'s Unopposed Motion to Intervene (Doc 20 - filed September 21, 2015) is **GRANTED**. Intervenor Plaintiffs are directed to file an Intervenor Complaint with the above caption.

      Intervenors are advised that a status/scheduling conference regarding this matter is set **Friday, October 16, 2015 at 9:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado (See Doc 19 - filed September 8, 2015).


Dated:   September 22, 2015
_____