**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   15-cv-00710-LTB-MJW

THOMAS HOOTEN, and JENNIFER HOOTEN, Husband and Wife, and
CYCLONE ENTERPRISES, INC.,

      Plaintiffs,

vs.

NAOMI WOOD,
SEAN WOOD,
NAOMI I. WOOD TRUST, and
JOHN JOHNSON,

      Defendants,

vs.

EMPLOYERS MUTUAL CASUALTY CO., and
CYCLONE ENTERPRISES, INC., d/b/a KILTHAU TRANSPORTS,

      Intervenor Plaintiffs.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

      Defendants' Unopposed Motion to Amend Answer and for Partial Relief from D.C.COLO.LCivR 15.1(a) (Doc 30 - filed October 27, 2015) is **GRANTED**. The tendered Amended Answer is accepted for filing.

      Defendants' Unopposed Motion to File Answer to Complaint in Intervention Out of Time (Doc 31 - filed October 27, 2015) is **GRANTED**. The tendered Answer to Complaint in Intervention is accepted for filing.

      Upon the Response to Show Cause Order (Doc 32) and Entry of Appearance of Ellis J. Mayer (Doc 29), the Order to Show Cause (Doc 27) is **DISCHARGED**

Dated:   October 28, 2015
_____