IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00710-LTB-MJW

THOMAS HOOTON and JENNIFER HOOTON, Husband and Wife, and
CYCLONE ENTERPRISES, INC. d/b/a Kilthau Transports,

Plaintiff,

v.

NAOMI WOOD, individually,
SEAN WOOD, individually,
NAOMI I. WOOD TRUST DATED FEBURARY [sic] 18, 2010,
JOHN JOHNSON, individually,
JOHN DOE NO. 1, whose true name is unknown, and
JOHN DOE NO. 2., whose true name is unknown, and [sic]

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Plaintiffs' Unopposed Motion to Amend Complaint (Docket No. 39) is GRANTED; and

- The proposed Amended Complaint (Docket No. 39-1) is ACCEPTED FOR FILING.

Date: December 14, 2015