IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00710-LTB-MJW

THOMAS HOOTON and JENNIFER HOOTON, Husband and Wife, and
CYCLONE ENTERPRISES, INC. d/b/a Kilthau Transports,

Plaintiff,

v.

NAOMI WOOD, individually,
SEAN WOOD, individually,
NAOMI I. WOOD TRUST DATED FEBURARY [sic] 18, 2010,
JOHN JOHNSON, individually,
JOHN DOE NO. 1, whose true name is unknown, and
JOHN DOE NO. 2., whose true name is unknown, and [sic]

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Amend Scheduling Order (Docket No. 44) is granted. The Scheduling Order is amended to extend the following deadlines: the affirmative expert witness deadline is extended to August 16, 2016; the rebuttal expert witness deadline is extended to September 16, 2016; the discovery cut-off is extended to October 14, 2016; and the dispositive motions deadline is extended to November 16, 2016.

It is further ORDERED that the August 11, 2016 Final Pretrial Conference set on the calendar of Judge Lewis T. Babcock is VACATED and RESET to February 15, 2017 at 9:30 a.m. on the calendar of Magistrate Judge Michael J. Watanabe. The Final Pretrial Conference will be held before Magistrate Judge Michael J. Watanabe in courtroom A502 of the Alfred A. Arraj Courthouse. It is further ORDERED that the proposed Final Pretrial Order shall be filed on or before February 8, 2017.

Date: February 2, 2016