AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   2015-cv-00710-LTB-MJW

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*   Brush Livestock of Colorado
on *(date)*   3.3.16   .

☒ I served the subpoena by delivering a copy to the named person as follows:  BRUSH Livestock
of Colorado to JAN STAUFFER AT 29870 HWY 6,
BRUSH, Co 80723   on *(date)*   3-4-16   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 3-4-16

_____
Server's signature

DANA A. SPEAKS PROCESS SERVER
Printed name and title

515 MEEKER FORT MORGAN Co PO701
Server's address

Additional information regarding attempted service, etc.:

1527