IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00710-LTB-MJW

THOMAS HOOTON and JENNIFER HOOTON, Husband and Wife, and
CYCLONE ENTERPRISES, INC. d/b/a Kilthau Transports,

Plaintiff,

v.

NAOMI WOOD, individually,
SEAN WOOD, individually,
NAOMI I. WOOD TRUST DATED FEBURARY [sic] 18, 2010,
JOHN JOHNSON, individually,
JOHN DOE NO. 1, whose true name is unknown, and
JOHN DOE NO. 2., whose true name is unknown, and [sic]

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Intervenor Plaintiffs' Motion For Leave to Participate in Settlement Conference By Telephone (Docket No. 49) is DENIED.  All parties participating in the Settlement Conference shall attend in person.

Date: April 27, 2016