IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2015-cv-00710-LTB-MJW

THOMAS HOOTON, JENNIFER HOOTON,
Husband and Wife and
CYCLONE ENTERPRISES, INC.

    Plaintiffs,

vs.

NAOMI WOOD, SEAN WOOD,
NAOMI I. WOOD TRUST and JOHN JOHNSON,

    Defendants.

vs.

EMPLOYERS MUTUAL CASUALTY CO., and CYCLONE ENTERPRISES, INC., d/b/a
KILTHAU TRANSPORTS,

    Intervenor Plaintiffs.

---

ORDER RE:
NONCONTESTED MOTION TO EXCUSE DEFENDANT JOHN JOHNSON FROM
SETTLEMENT CONFERENCE SCHEDULED FOR 5/3/2016 @ 1:30PM
(Docket No. 52)

---

THE COURT, having reviewed Defendant John Johnson's Noncontested Motion to Excuse Defendant Johnson from Settlement Conference Scheduled for 5/3/2016 at 1:30 p.m., and being otherwise fully advised in the premises,

ORDERS that said Motion be, and hereby is, GRANTED.

DONE THIS 28TH day of _____April_____, 2016.

BY THE COURT:

_____

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO